# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jenelle Faye Lee-Abbas**                             Case No.  **18-24983**
                             Debtor(s)                        Chapter   **13**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:   $ **12,000.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income   $ **1,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

    3. Net Employee Payroll (Other Than Debtor)   $ **0.00**
    4. Payroll Taxes   **0.00**
    5. Unemployment Taxes   **0.00**
    6. Worker's Compensation   **0.00**
    7. Other Taxes   **0.00**
    8. Inventory Purchases (Including raw materials)   **0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray   **0.00**
    10. Rent (Other than debtor's principal residence)   **0.00**
    11. Utilities   **0.00**
    12. Office Expenses and Supplies   **0.00**
    13. Repairs and Maintenance   **0.00**
    14. Vehicle Expenses   **0.00**
    15. Travel and Entertainment   **0.00**
    16. Equipment Rental and Leases   **0.00**
    17. Legal/Accounting/Other Professional Fees   **0.00**
    18. Insurance   **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)   **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Mortgage** | **764.32** |

    21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

    22. Total Monthly Expenses (Add items 3-21)   $ **764.32**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)   $ **235.68**