**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jenelle Lee Abbas |
| Debtor 2 (Spouse, if filing) | Adeel Abbas |
| United States Bankruptcy Court for the: | Northern |
| District of | Illinois (State) |
| Case number | 18-24983 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA7

**Court claim no.** (if known): 1

**Last four digits of any number you use to identify the debtors' account:** XXXXXX6822

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/1/2020

**New total payment:**
Principal, interest, and escrow, if any: $791.36

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtors' escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 82.65          New escrow payment :  $ 84.16

## Part 2: Mortgage Payment Adjustment

2. Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:          %          New interest rate:          %
   Current principal and interest payment:  $ _____          New principal and interest payment:  $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtors' mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:  $ _____          New mortgage payment:  $ _____

| Debtor 1 | **Jenelle Lee Abbas** | Case number *(if known)* 18-24983 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Dana   O'Brien                                                                              Date   8/19/2020
        Signature

Print:   Dana                            O'Brien                                Title   Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company:   McCalla Raymer Leibert Pierce, LLC

Address:   1544 Old Alabama Road
           Number   Street
           Roswell                  GA                  30076
           City                     State              ZIP Code

Contact phone   (312) 346-9088 X5188                            Email   Dana.OBrien@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 18-24983 |
|  | Chapter: 13 |
| Jenelle Lee Abbas | Judge: David D. Cleary |
| Adeel Abbas |  |

## CERTIFICATE OF SERVICE

I, Dana  O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jenelle Lee Abbas
3443 Meadow Crest Circle
Gurnee, IL 60031

Jonathan R Haddad                              *(served via ECF Notification)*
Jonathan R Haddad Law Offices
1147 W. 175th Street
Homewood, IL 60430

Marilyn O Marshall                              *(served via ECF Notification)*
224 South Michigan Suite 800
Chicago, IL 60604

US Trustee                                     *(served via ECF Notification)*
Patrick S Layng
Office of the US Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  8/24/2020     By:   /s/Dana  O'Brien
             (date)               Dana  O'Brien
                                  Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

| | |
|---|---|
| Analysis Date: | July 31, 2020 |
| Loan: | |

JENELLE F LEE ABBAS
ADEEL ABBAS
3443 Meadow Crest Circle
Gurnee IL 60031

Property Address:
7316 NORTH HONORE AVE UNIT 207
CHICAGO, IL 60626

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Oct 01, 2020 | Prior Esc Pmt | September 01, 2020 |
|---|---|---|---|---|
| P & I Pmt: | $751.07 | $707.20** | P & I Pmt: | $707.20 |
| Escrow Pmt: | $82.65 | $84.16 | Escrow Pmt: | $82.65 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 |
| Total Payment: | $833.72 | $791.36 | Total Payment: | $789.85 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | October 01, 2019 |
| Escrow Balance: | $1,040.17 |
| Anticipated Pmts to Escrow: | $991.80 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $2,031.97 |

| Shortage/Overage Information | Effective Oct 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $1,009.94 |
| Required Cushion | 168.32 |
| Required Starting Balance | 252.50 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 168.32. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 168.32 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Oct 2019 to Sept 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 247.92 | (1,400.69) |
| Oct 2019 | 82.65 | 65.65 | | | * | | 330.57 | (1,335.04) |
| Nov 2019 | 82.65 | 65.65 | | | * | | 413.22 | (1,269.39) |
| Dec 2019 | 82.65 | 65.65 | | | * | | 495.87 | (1,203.74) |
| Jan 2020 | 82.65 | 65.65 | | | * | | 578.52 | (1,138.09) |
| Feb 2020 | 82.65 | 131.30 | | | * | | 661.17 | (1,006.79) |
| Feb 2020 | | | | 545.47 | * | County Tax | 661.17 | (1,552.26) |
| Mar 2020 | 82.65 | 65.65 | 433.32 | | * | County Tax | 310.50 | (1,486.61) |
| Apr 2020 | 82.65 | 65.65 | | | * | | 393.15 | (1,420.96) |
| May 2020 | 82.65 | 65.65 | | | * | | 475.80 | (1,355.31) |
| Jun 2020 | 82.65 | 65.65 | | | * | | 558.45 | (1,289.66) |
| Jul 2020 | 82.65 | 82.65 | | | | | 641.10 | (1,207.01) |
| Jul 2020 | | | | 464.47 | * | County Tax | 641.10 | (1,671.48) |
| Aug 2020 | 82.65 | | 558.45 | | * | County Tax | 165.30 | (1,671.48) |
| Sep 2020 | 82.65 | | | | * | | 247.95 | (1,671.48) |
| | | | | | | Anticipated Transactions | 247.95 | (1,671.48) |
| Sep 2020 | | 991.80ᴾ | | | | | | (679.68) |
| | $991.80 | $1,730.95 | $991.77 | $1,009.94 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing    Final
For Inquiries: (800) 365-7107

Analysis Date: July 31, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,031.97 | 252.50 |
| Oct 2020 | 84.16 | | | 2,116.13 | 336.66 |
| Nov 2020 | 84.16 | | | 2,200.29 | 420.82 |
| Dec 2020 | 84.16 | | | 2,284.45 | 504.98 |
| Jan 2021 | 84.16 | | | 2,368.61 | 589.14 |
| Feb 2021 | 84.16 | | | 2,452.77 | 673.30 |
| Mar 2021 | 84.16 | 545.47 | County Tax | 1,991.46 | 211.99 |
| Apr 2021 | 84.16 | | | 2,075.62 | 296.15 |
| May 2021 | 84.16 | | | 2,159.78 | 380.31 |
| Jun 2021 | 84.16 | | | 2,243.94 | 464.47 |
| Jul 2021 | 84.16 | | | 2,328.10 | 548.63 |
| Aug 2021 | 84.16 | 464.47 | County Tax | 1,947.79 | 168.32 |
| Sep 2021 | 84.16 | | | 2,031.95 | 252.48 |
| | $1,009.92 | $1,009.94 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,031.97. Your starting balance (escrow balance required) according to this analysis should be $252.50.

We anticipate the total of your coming year bills to be 1,009.94. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $84.16 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $84.16 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**